# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GARDEN VIEW AT JONES CREEK, LLC

VERSUS

DONAHUE FAVRET CONTRACTORS, INC., LIBERTY MUTUAL INSURANCE COMPANY, HERITAGE FLOORING, INC., LAIRD'S PLUMBING, MECHANICAL AND SERVICES, LLC, PACE CONSTRUCTION SERVICES, LLC, RIVER CITY AIR CONDITIONING, INC., AND TEK ELECTRIC GROUP, LLC

NO. 2019 CW 1656

**MAR 1 3 2020**

---

In Re:  TEK Electric Group, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 653410.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMM**
**MRT**

**Chutz, J.,** concurs.  The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT